# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

_____

MORGAN HOWARTH,

     Plaintiff,

v.

OUR BOAT HOUSE, INC., and
KAREN MARCIL, and
ROGER MARCIL,

     Defendants.

_____

Civil Action No.:
1:18-cv-00878-LMB-JFA

### STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL

Plaintiff Morgan Howarth and Defendants Our Boat House, Inc., Karen Marcil, and Roger Marcil hereby stipulate under Federal Rule of Civil procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: January 15, 2019

The Law Office of David C. Deal, P.L.C.

_/s/_David C. Deal_____
*Counsel for Plaintiff*

Dated: January 15, 2019

Harman, Claytor, Corrigan & Wellman

_/s/_Danielle D. Giroux_____
*Counsel for Defendant*

<u>ORDER OF DISMISSAL</u>

Pursuant to the stipulation of the parties under Federal Rule of Civil procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: January 15, 2019

_____
LEONIE M. BRINKEMA
UNITED STATES DISTRICT JUDGE